# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-3314
_____

United States of America

*Plaintiff - Appellee*

v.

Txong Thor

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: April 27, 2026
Filed: April 30, 2026
[Unpublished]

_____

Before GRUENDER, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Txong Thor appeals the sentence imposed by the district court[1] after he pled guilty to a drug offense and possession of a firearm in furtherance of such offense.

_____

[1]The Honorable Timothy L. Brooks, Chief Judge, United States District Court for the Western District of Arkansas.

His counsel has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude the district court did not abuse its discretion in sentencing Thor. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review); *United States v. McCauley*, 715 F.3d 1119, 1127 (8th Cir. 2013) (stating it is "nearly inconceivable" that the district court abused its discretion in not varying further when it varied below the United States Sentencing Guidelines Manual range). In addition, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal.

Accordingly, we affirm the judgment of the district court and grant counsel's motion to withdraw.

_____